UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Monet Mann

Case No.: 17-34937 JKS
Chapter: 7
Judge: John K. Sherwood

### NOTICE OF PROPOSED ABANDONMENT

___Jeffrey A. Lester___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable ___John K. Sherwood___ on ___February 13, 2018___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3D___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 12 Post Brook Rd., South, West Milford, NJ
Value about $250,000

Liens on property: Select Portfolio Servicing    Balance about $272,400

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-34937-JKS
Monet E Mann                                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 12, 2018
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
```
db              Monet E Mann,    12 Post Brook Road South,    West Milford, NJ 07480-4519
517224038      +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
517224040      +Emer Phy Assoc North Jersey Pc,    307 S Evergreen Ave,    Woodbury, NJ 08096-2739
517224041      +JP Morgan Chase (Bank of New York),    8742 Lusent Blvd,    Highlands Ranch, CO 80129-2302
517224042      +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
517224043      +North Jersey Gastro Endo Cen,    1825 State Route 23 South,    Wayne, NJ 07470-7510
517224044      +Office Of Foreclsoure,    Superior Court of New Jersey,    PO Box 971,    Trenton, NJ 08625-0971
517224045      +Parker McCay, Esq.,    9000 Midlantic Drive,    Suite 300,    Mount Laurel, NJ 08054-1539
517224046      +Pompton Plains Pathology,    580 State Route 23,    Pompton Plains, NJ 07444-1420
517224048      +State Of Nj Student As,    Po Box 543,    Trenton, NJ 08625-0543
517224049      +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2018 23:40:54     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2018 23:40:50     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517224039      +E-mail/Text: ering@cbhv.com Jan 12 2018 23:40:47     Collection Bureau Hudson Valley, Inc.,
                 Po Box 831,   Newburgh, NY 12551-0831
517224047      +E-mail/Text: jennifer.chacon@spservicing.com Jan 12 2018 23:41:50     Select Portfolio Servicing,
                 P.O Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   The Bank New York Mellon, f/k/a The Bank of New York,
               as successor - in - interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2006-3, Asset-Backed Certific dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James C. Zimmermann    on behalf of Debtor Monet E Mann jim@jzlawyer.com,  jim@jzlawyer.com
              Jeffrey Lester    on behalf of Trustee Jeffrey Lester jlester@bllaw.com,  NJ19@ecfcbis.com
              Jeffrey Lester     jlester@bllaw.com,  NJ19@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor   The Bank New York Mellon, f/k/a The Bank of New York,
               as successor - in - interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2006-3, Asset-Backed Certific rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```