| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC, as servicer for The Bank New York Mellon, f/k/a The Bank of New York, as successor - in - interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-3, Asset-Backed Certificates, Series 2006-3 | Order Filed on February 7, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   17-34937 JKS<br><br>Hearing Date: February 6, 2018<br><br>Judge:  John K. Sherwood |
| In Re:<br>   Mann, Monet E | |

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 7, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for The Bank New York Mellon, f/k/a The Bank of New York, as successor - in - interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-3, Asset-Backed Certificates, Series 2006-3,</u> under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 48, Block 486-D,   12 Postbrook Road South, West Milford NJ 07480**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-34937-JKS
Monet E Mann                                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin          Page 1 of 1           Date Rcvd: Feb 07, 2018
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db              Monet E Mann,    12 Post Brook Road South,    West Milford, NJ  07480-4519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank New York Mellon, f/k/a The Bank of New York,
               as successor - in - interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2006-3, Asset-Backed Certific dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James C. Zimmermann    on behalf of Debtor Monet E Mann jim@jzlawyer.com,    jim@jzlawyer.com
              Jeffrey  Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,   NJ19@ecfcbis.com
              Jeffrey  Lester    jlester@bllaw.com,   NJ19@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank New York Mellon, f/k/a The Bank of New York,
               as successor - in - interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2006-3, Asset-Backed Certific rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6