**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Monet E Mann | Social Security number or ITIN   xxx–xx–4831 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–34937–JKS | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Monet E Mann

3/15/18

**By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Monet E Mann  
    Debtor

Case No. 17-34937-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Mar 15, 2018  
                             Form ID: 318      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2018.
```
db              Monet E Mann,   12 Post Brook Road South,   West Milford, NJ   07480-4519
517224038      +ARS/Account Resolution Specialist,   Po Box 459079,   Sunrise, FL 33345-9079
517224040      +Emer Phy Assoc North Jersey Pc,   307 S Evergreen Ave,   Woodbury, NJ 08096-2739
517224041      +JP Morgan Chase (Bank of New York),   8742 Lusent Blvd,   Highlands Ranch, CO 80129-2302
517224042      +Med Business Bureau,   1460 Renaissance Dr #400,   Park Ridge, IL 60068-1349
517224043      +North Jersey Gastro Endo Cen,   1825 State Route 23 South,   Wayne, NJ 07470-7510
517224044      +Office Of Foreclsoure,   Superior Court of New Jersey,   PO Box 971,   Trenton, NJ 08625-0971
517224045      +Parker McCay, Esq.,   9000 Midlantic Drive,   Suite 300,   Mount Laurel, NJ 08054-1539
517224046      +Pompton Plains Pathology,   580 State Route 23,   Pompton Plains, NJ 07444-1420
517224048      +State Of Nj Student As,   Po Box 543,   Trenton, NJ 08625-0543
517224049      +Us Dept Ed,   Ecmc/Bankruptcy,   Po Box 16408,   St Paul, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 15 2018 23:18:10      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2018 23:18:06      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
517224039      +E-mail/Text: ering@cbhv.com Mar 15 2018 23:18:02      Collection Bureau Hudson Valley, Inc.,
                 Po Box 831,   Newburgh, NY 12551-0831
517224047      +E-mail/Text: jennifer.chacon@spservicing.com Mar 15 2018 23:19:30      Select Portfolio Servicing,   P.O Box 65250,   Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 4
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    The Bank New York Mellon, f/k/a The Bank of New York,
           as successor - in - interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
           Backed Securities Trust 2006-3, Asset-Backed Certific dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James C. Zimmermann    on behalf of Debtor Monet E Mann jim@jzlawyer.com,   jim@jzlawyer.com
          Jeffrey   Lester    on behalf of Trustee Jeffrey   Lester jlester@bllaw.com,   NJ19@ecfcbis.com
          Jeffrey   Lester    jlester@bllaw.com,   NJ19@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank New York Mellon, f/k/a The Bank of New York,
           as successor - in - interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset
           Backed Securities Trust 2006-3, Asset-Backed Certific rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```